**Defendant:** **Willow Innovations, Inc. fdba Exploramed NC7, Inc.**
**Bankruptcy Case:** **Bed Bath & Beyond Inc.**
**Preference Period:** **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843786 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851319 | 10/27/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719844092 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719844077 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719844073 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719844061 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719844022 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843995 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843979 | 10/26/2022 | $1,501.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843964 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843922 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719844112 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843823 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719844120 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843744 | 10/26/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843738 | 10/26/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843726 | 10/26/2022 | $643.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843706IV2 | 10/26/2022 | ($857.96) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843706 | 10/26/2022 | $857.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843681 | 10/26/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843673 | 10/26/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843661 | 10/26/2022 | $857.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843633 | 10/26/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843618 | 10/26/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843877 | 10/26/2022 | $1,715.92 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851300 | 10/27/2022 | $857.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719692476 | 10/1/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851314 | 10/27/2022 | $857.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851313 | 10/27/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851312 | 10/27/2022 | $643.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851308 | 10/27/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851307 | 10/27/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851306 | 10/27/2022 | $643.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851305 | 10/27/2022 | $643.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851304 | 10/27/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851303 | 10/27/2022 | $643.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719844107 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851301 | 10/27/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843596 | 10/26/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851299 | 10/27/2022 | $643.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719845499 | 10/26/2022 | $1,247.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719845217 | 10/26/2022 | $467.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719845121 | 10/26/2022 | $311.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719845097 | 10/26/2022 | $155.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719844627 | 10/26/2022 | $2,788.37 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719844584 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719844166 | 10/26/2022 | $1,501.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719844151 | 10/26/2022 | $1,286.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719844131 | 10/26/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851302 | 10/27/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804714 | 10/19/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719831645CS2 | 10/25/2022 | ($214.49) |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719831645 | 10/25/2022 | $40,753.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719812879 | 10/20/2022 | $1,078.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804822 | 10/19/2022 | $299.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804802 | 10/19/2022 | $1,189.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804764 | 10/19/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804754 | 10/19/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804751 | 10/19/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804727 | 10/19/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804725PR2 | 10/19/2022 | ($214.49) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843615 | 10/26/2022 | $857.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804718 | 10/19/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833599 | 10/25/2022 | $179.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804710 | 10/19/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804708 | 10/19/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804684 | 10/19/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804681 | 10/19/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804676 | 10/19/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804673 | 10/19/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804655 | 10/19/2022 | $179.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804640 | 10/19/2022 | $155.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719800249 | 10/18/2022 | $643.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719692476IV2 | 10/1/2022 | ($214.49) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719804725 | 10/19/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833839 | 10/25/2022 | $1,286.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851320 | 10/27/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843595 | 10/26/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719834015CS2 | 10/25/2022 | ($214.49) |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719834015 | 10/25/2022 | $1,072.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833974 | 10/25/2022 | $643.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833942 | 10/25/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833931 | 10/25/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833928 | 10/25/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833909 | 10/25/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833901 | 10/25/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833534 | 10/25/2022 | $324.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833857 | 10/25/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833592 | 10/25/2022 | $299.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833796 | 10/25/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833786 | 10/25/2022 | $643.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833760 | 10/25/2022 | $455.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833739 | 10/25/2022 | $1,157.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833696 | 10/25/2022 | $1,390.86 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833659 | 10/25/2022 | $155.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833642 | 10/25/2022 | $299.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833629 | 10/25/2022 | $359.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833620 | 10/25/2022 | $299.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833612 | 10/25/2022 | $299.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719843604 | 10/26/2022 | $1,072.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719833884 | 10/25/2022 | $428.98 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93440109 | 12/31/2022 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851318 | 10/27/2022 | $857.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93487338 | 1/5/2023 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93485087 | 1/4/2023 | ($22.15) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93472589 | 1/3/2023 | ($38.75) |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93464758 | 1/3/2023 | ($22.15) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93464396 | 1/3/2023 | ($357.61) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93457284 | 1/2/2023 | ($41.68) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93456514 | 1/2/2023 | ($22.15) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93451573 | 1/5/2023 | ($22.15) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93449564 | 1/2/2023 | ($124.01) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93493449 | 1/11/2023 | ($25.40) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93448747 | 1/2/2023 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93493607 | 1/6/2023 | ($41.68) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93438192 | 12/31/2022 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93416733 | 12/29/2022 | ($357.61) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93413497 | 12/29/2022 | ($357.61) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93407005 | 12/28/2022 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93406958 | 12/28/2022 | ($41.68) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93403879 | 12/28/2022 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93402298 | 12/28/2022 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93402131 | 12/29/2022 | ($38.75) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93398312 | 12/28/2022 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93396616 | 12/28/2022 | ($357.61) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93449097 | 1/1/2023 | ($41.68) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93516855 | 1/8/2023 | ($41.68) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | SCC917679 | 1/3/2023 | ($1,067.03) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93556807 | 1/11/2023 | ($357.61) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93556769 | 1/11/2023 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93555014 | 1/11/2023 | ($41.68) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93537192 | 1/10/2023 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93536526 | 1/10/2023 | ($357.61) |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93535084 | 1/11/2023 | ($41.68) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93534340 | 1/9/2023 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93530682 | 1/10/2023 | ($38.75) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93526470 | 1/10/2023 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93489925 | 1/5/2023 | ($41.68) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93516955 | 1/8/2023 | ($41.68) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93065736 | 12/30/2022 | ($41.68) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93515597 | 1/8/2023 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93515315 | 1/7/2023 | ($357.61) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93514382 | 1/9/2023 | ($357.61) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93514379 | 1/9/2023 | ($41.68) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93502266 | 1/6/2023 | ($22.15) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93498247 | 1/5/2023 | ($41.68) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93496514 | 1/5/2023 | ($13.66) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93496056 | 1/5/2023 | ($41.68) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93494686 | 1/5/2023 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93494676 | 1/5/2023 | ($15.09) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93521976 | 1/8/2023 | ($357.61) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851588 | 10/27/2022 | $1,501.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719852618 | 10/27/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719852528 | 10/27/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719852481 | 10/27/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719852469 | 10/27/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719852266 | 10/27/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719852254 | 10/27/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719852015 | 10/27/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719852000 | 10/27/2022 | $1,715.92 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851840 | 10/27/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851801 | 10/27/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93396358 | 12/28/2022 | ($235.72) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851673 | 10/27/2022 | $1,501.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719853084 | 10/27/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851556 | 10/27/2022 | $1,501.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851530 | 10/27/2022 | $1,501.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851367 | 10/27/2022 | $1,072.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851354 | 10/27/2022 | $1,072.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851347 | 10/27/2022 | $1,072.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851344 | 10/27/2022 | $1,072.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851340 | 10/27/2022 | $1,072.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851338 | 10/27/2022 | $1,072.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851323IV2 | 10/27/2022 | ($1,072.45) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851323 | 10/27/2022 | $1,072.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719851735 | 10/27/2022 | $1,286.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719857130 | 10/28/2022 | $1,072.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | SCC917846 | 1/9/2023 | ($42.89) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 916126617 | 10/28/2022 | $1,949.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 916112522 | 10/21/2022 | $299.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 916112520 | 10/21/2022 | $299.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719857288 | 10/28/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719857266 | 10/28/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719857258CS2 | 10/28/2022 | ($214.49) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719857258 | 10/28/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719857201 | 10/28/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719857170CS2 | 10/28/2022 | ($214.49) |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719852938 | 10/27/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719857150 | 10/28/2022 | $1,286.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719852949 | 10/27/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719857107 | 10/28/2022 | $643.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719857097 | 10/28/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719857081PR2 | 10/28/2022 | ($643.47) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719857081 | 10/28/2022 | $1,286.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719856879 | 10/28/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719856866 | 10/28/2022 | $857.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719856835 | 10/28/2022 | $643.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719856828 | 10/28/2022 | $1,072.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719853106 | 10/27/2022 | $214.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719853098 | 10/27/2022 | $1,715.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | RTV93372526 | 12/30/2022 | ($357.61) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823108 | $158,769.22 | 3/10/2023 | 719857170 | 10/28/2022 | $1,072.45 |

**Totals:** 1 transfer(s), $158,769.22